IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**D'ANGELO CALEB PERKINS,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:22-cr-00004-TES-CHW-3** |

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE**

Before the Court is the Defendant's Joint Motion for Continuance [Doc. 159]. On June 14, 2023, the Grand Jury returned a four-count Second Superseding Indictment [Doc. 120] against Defendant D'Angelo Caleb Perkins. On August 7, 2023, Defendant pled not guilty at his arraignment and was released on bond pending trial. [Doc. 135]; [Doc. 136]; [Doc. 138]. On August 30, 2023, the Court continued this case for the first time. [Doc. 145].

In his motion, Defendant states that the parties need "[a]dditional time . . . to review discovery, research the issues involved, investigate the case[,] and discuss resolution of this matter." [Doc. 159, p. 1, ¶ 1]. The parties agree that "any delay occasioned by this continuance [should] be excluded for purposes of the Speedy Trial Act." [*Id.* at p. 1, ¶ 4].

The Court finds that granting the Defendant's request serves the ends of justice.

The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny the parties reasonable time to prepare and review discovery, research and investigate the complex issues this case presents, and to engage in plea negotiations.

Thus, the Court **GRANTS** Defendant's Motion [Doc. 159] and **CONTINUES** the Pretrial Conference until January 11, 2024, and the trial of this matter until February 26, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 3rd day of November, 2023.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**