# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  v.  **D'ANGELO CALEB PERKINS,**  *Defendant.* | **CRIMINAL ACTION NO.**  **3:22-cr-00004-TES-CHW-3** |

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is Defendant D'Angelo Caleb Perkins' Unopposed Motion to Continue Trial [Doc. 167]. On June 14, 2023, the Grand Jury returned a four-count Second Superseding Indictment [Doc. 120] against Defendant Perkins. On August 7, 2023, he pled not guilty at his arraignment and was released on bond pending trial. [Doc. 135]; [Doc. 136]; [Doc. 138]. On August 30, 2023, the Court continued this case for the first time, and on November 3, 2023, the Court continued this case for the second time. [Doc. 145]; [Doc. 161].

In his Motion, Defendant argues that the parties need "[a]dditional time . . . to review discovery, research the issues involved, investigate the case[,] and discuss resolution of this matter." [Doc. 167, p. 1, ¶ 1]. The Government "does not oppose [Defendant's] request for a continuance." [*Id.* at p. 1, ¶ 3].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny the parties reasonable time to prepare and review discovery, research and investigate the complex issues this case presents, and to engage in plea negotiations.

Thus, the Court **GRANTS** Defendant's Motion [Doc. 167] and **CONTINUES** the Pretrial Conference until February 12, 2024 (in Macon), and the trial of this matter until March 25, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 16th day of January, 2024.

        S/ Tilman E. Self, III
        **TILMAN E. SELF, III, JUDGE**
        **UNITED STATES DISTRICT COURT**