IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>D'ANGELO CALEB PERKINS,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>3:22-cr-00004-TES-CHW-3 |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION TO CONTINUE**

Before the Court is Defendant D'Angelo Caleb Perkins' Consent Motion to Continue [Doc. 196]. On June 14, 2023, the Grand Jury returned a four-count Second Superseding Indictment [Doc. 120] charging Defendant Perkins with various crimes related to drug trafficking and firearms. On August 7, 2023, Defendant Perkins pled not guilty at his arraignment and was released on bond pending trial. [Doc. 135]; [Doc. 136]; [Doc. 137]; [Doc. 138]. The Court has continued this case four times. *See* [Doc. 145]; [Doc. 161]; [Doc. 168]; [Doc. 182].

In his Motion, Defendant states that "[a]dditional time is needed in this case for the parties to review discovery, research the issues involved, investigate the case and discuss resolution of this matter." [Doc. 196, p. 1, ¶ 1]. Defendant represents that the Government "consents to this request for a continuance." [*Id.* at p. 1, ¶ 3].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request

outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny the parties reasonable time to prepare and review discovery, research and investigate the issues this case presents, and to engage in plea negotiations.

Thus, the Court **GRANTS** Defendant's Motion [Doc. 196] and **CONTINUES** the Pretrial Conference until May 29, 2024, and the trial of this matter until June 24, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 1st day of April, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
